# Court of Appeals
# of the State of Georgia

ATLANTA, June 30, 2026

*The Court of Appeals hereby passes the following order*

## A26I0237. 3M COMPANY, EIDP, INC. f/k/a E. I. DU PONT DE NEMOURS AND COMPANY et al v. BRANDON GIBSON et al.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

25A06537



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, June 30, 2026.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*